REPUBLIC BAG & PAPER CO. v. HOFFMAN. (No. 7333.)

(Supreme Court, Appellate Division, First Department. May 14, 1915.)

VENUE ⊜⊐52—CHANGE—RESIDENCE OF MATERIAL WITNESSES—COUNTY WHERE TRANSACTIONS OCCURRED.

Where the main transactions in suit happened, and the greater number of material witnesses resided, in a county other than where suit was brought, the place of trial should have been changed to such county.

[Ed. Note.—For other cases, see Venue, Cent. Dig. §§ 76, 77; Dec. Dig. ⊜⊐52.]

Appeal from Special Term, New York County.

Action by the Republic Bag & Paper Company against Richard S. Hoffman. From an order denying his motion for change of venue, defendant appeals. Reversed, and motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

John P. Hennessey, of Syracuse, for appellant.
Joseph G. Cohen, of New York City, for respondent.

PER CURIAM. We are satisfied that the greater number of material witnesses reside in Onondaga county, where the main transactions took place, and for that reason we think that the place of trial

should be changed from the county of New York to the county of Onondaga.

The order is therefore reversed, with $10 costs and disbursements, and the motion granted. Order filed. All concur.